889 A.2d 42

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Brian JACKSON, Respondent.**

Supreme Court of Pennsylvania.

Dec. 12, 2005.

### *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of December, 2005, the Petition for Allowance of Appeal is hereby **GRANTED,** limited to the following issue:

> Where a defendant's assault on a police officer occurs as the result of the officer's attempt to unlawfully arrest him, whether that assault may give rise to a lawful arrest, the resistance of which will support a charge of resisting arrest under 18 Pa.C.S. § 5104.